UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MANUEL AVENDANO, | ) | No. CV 11-5405-GAF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.D. McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied with prejudice.

DATED: March 5, 2013

/s/ Gary Feess
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE